■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY LEE, Appellant. [781 NYS2d 736]—Judgment, Supreme Court, New York County (Jeffrey Atlas, J.), rendered on or about February 13, 2002, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Buckley, P.J., Lerner, Friedman, Sweeny and Catterson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SPEARS, Appellant. [781 NYS2d 736]—

Judgment, Supreme Court, New York County (Bernard J. Fried, J.), rendered March 21, 2003, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the fifth degree and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

The verdict was not against the weight of the evidence. There is no basis for disturbing the jury's determinations concerning credibility (*see People v Gaimari*, 176 NY 84, 94 [1903]). The credible evidence established that after the undercover officer approached the codefendant and placed an order for drugs, the codefendant relayed that order to defendant, who left the scene and returned with a quantity of drugs that the codefendant then sold to the officer. Concur—Buckley, P.J., Lerner, Friedman, Sweeny and Catterson, JJ.